IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM ALFORD PENTON**                                                **PLAINTIFF**

v.                                                                             **CASE NO. 1:17-cv-163-JCG**

**SHERIFF DAVID ALLISON et al.**                                    **DEFENDANTS**

## FINAL JUDGMENT

All claims advanced by Plaintiff William Alford Penton have been dismissed with prejudice. The Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED** this the 17th day of September, 2020.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE